**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 22 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>KENNETH FRANKLIN BEALS,<br><br>Defendant - Appellant. | No. 12-10463<br><br>D.C. No. 2:09-cr-00485-KJM-1<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the Eastern District of California
Kimberly J. Mueller, District Judge, Presiding

Submitted September 15, 2015[**]
San Francisco, California

Before: CALLAHAN, CHRISTEN, and FRIEDLAND, Circuit Judges.

Kenneth Beals appeals his conviction (via guilty plea) on one count of being

a felon in possession of a firearm, 18 U.S.C. § 922(g)(1). We affirm.

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

The district court did not err in denying Beals's motion to dismiss the indictment for outrageous government conduct. Beals has not shown that the challenged governmental conduct was a due process violation "so grossly shocking and so outrageous as to violate the universal sense of justice." *United States v. Stinson*, 647 F.3d 1196, 1209 (9th Cir. 2011). Nor has Beals shown that the district court abused its discretion in declining to dismiss the indictment under its supervisory authority. *See United States v. Barrera-Moreno*, 951 F.2d 1089, 1091-92 (9th Cir. 1991).

Likewise, Beals has not shown that the district court abused its discretion in denying his request for an evidentiary hearing. *See United States v. Howell*, 231 F.3d 615, 620-21 (9th Cir. 2000).

**AFFIRMED.**